UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Thomas M. Rittweger

    Debtor

Karen E. Bezner, Trustee

    Plaintiff

v.

Thomas M. Rittweger

    Defendant

Case No.: 05-56311

Hearing Date: N/A

Adv. No.: 06-1822

Judge: Kathryn C. Ferguson

Order Filed on 2/28/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

**ORDER AMENDING OPINION OF FEBRUARY 14, 2008**
**(Document Number 19)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 2/28/2008**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court's Opinion dated February 14, 2008 (Document Number 19) on the Trial by Declaration is hereby AMENDED as follows:

Page 7, "Trustee's complaint for a judgment denying debtor's discharge is granted pursuant to 727(a)(3)".

*Approved by Judge Kathryn C. Ferguson February 28, 2008*